IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1606-ZLW-BNB

STEPHANIE FORD,

     Plaintiff,

v.

THE DAILY RECORD COMPANY A/K/A COLORADO PUBLISHING COMPANY& DOLAN MEDIA COMPANY,

     Defendant.

_____

### ORDER OF DISMISSAL
_____

The matter before the Court is Plaintiff's Unopposed Motion To Dismiss With Prejudice, wherein the Court is advised that a settlement has been reached.   In consideration thereof, it is

ORDERED that Plaintiff's Unopposed Motion To Dismiss With Prejudice is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice.

DATED at Denver, Colorado, this   3   day of      January           , 2006.

BY THE COURT:

*(signature)*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court